UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BOBBY LEE GREEN,

    Petitioner,

v.                                  CASE NO. 6:04-cv-45-Orl-19JGG
                                       (6:97-cr-210-Orl-19JGG)

UNITED STATES OF AMERICA,

    Respondent.

## **ORDER**

This case is before the Court on the following motion:

Petitioner's Request for a Certificate of Appealability[1] (Doc. No. 27, filed June 3, 2009) is **DENIED**. This Court should grant an application for certificate of appealability only if Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial showing of the denial of a constitutional right.

**DONE AND ORDERED** in Orlando, Florida, this  5th  day of June, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

---

[1] Petitioner's Notice of Appeal (Doc. No. 26, filed June 3, 2009) has been construed as requesting a certificate of appealability. *See Edwards v. United States*, 114 F.3d 1083, 1084 (11th Cir. 1997).

Copies to:
sa 6/5
Counsel of Record
Bobby Lee Green